# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANA HILL, | |
|       Plaintiff/Counter Defendant, | **8:20CV334** |
|   vs. | |
| CVS PHARMACY, INC., | **ORDER** |
|       Defendant/Counter Claimant. | |

**IT IS ORDERED** that the motion to withdraw (Filing No. 23) filed in this case by Brandon J. Crainer, as counsel of record for Plaintiff/Counter Defendant, is granted. Mr. Crainer shall no longer receive electronic notice in this case.

Dated this 25th day of February, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge