IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANA HILL,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 8:20-cv-00334<br><br>**ORDER** |

THIS MATTER is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 27) in the above-captioned matter.  The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the Parties' Joint Stipulation for Dismissal with Prejudice is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, with each party to pay its own costs and attorneys' fees.

Dated this 2nd day of September 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

4826-6278-7321.1